UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                    -v-                                  1:19-cr-338-GHW-3

    MANSUR MOHAMED SURUR,                ORDER

                                Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    A remote proceeding is scheduled in this matter on February 11, 2021 at 11:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 32091812#; PIN: 9921299#

    SO ORDERED.

Dated: February 4, 2021

                                                      GREGORY H. WOODS
                                                 United States District Judge