March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Mansur Mohamed Surur,

        Defendant(s).

----------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

1:19 -CR- 00338 -( )-( 3 )

Defendant  Mansur Mohamed Surur  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel

- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___ Preliminary Hearing on Felony Complaint

- ___ Bail/Revocation/Detention Hearing

- _X_ Status and/or Scheduling Conference

- ___ Misdemeanor Plea/Trial/Sentence

_[signature]_ For Mr. Surur on consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Print Defendant's Name

Alain Massena  _Digitally signed by Alain Massena  Date: 2021.02.10 13:32:58 -05'00'_
Defense Counsel's Signature

**Alain V. Massena**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

02/12/2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge