# MEMORANDUM ENDORSED

**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

• Admitted in Federal and
  New York State Courts

June 3, 2021

Via ECF
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: ***United States v. Mansur Mohamed Surur***
            **1:19-cr-00338-GHW-3**

Dear Judge Woods:

    I am CJA appointed counsel for Mansur Mohamed Surur who is charged with 18 U.S.C. 371.F., Conspiracy to Commit Wildlife Trafficking and related offenses in the above referenced matter.

    I write to request approval for the appointment of A. James Bell, Esq. as associate counsel for the purpose of reviewing and summarizing discovery materials, as well as visiting and conferring with the client at the rate of $90 per hour. Mr. Bell is an experienced attorney on the SDNY CJA Panel, has been appointed under the CJA and retained as lead counsel on numerous cases in the Southern and Eastern District of New York. He has extensive experience reviewing voluminous discovery in both electronic and document form, reviewing the same with the client and preparing legal memoranda and trial preparation. He would be a valuable addition to the defense and will result in significant cost savings to the Court.

    I further submit that such appointment is necessary for the effective representation of this indigent defendant and is consistent with the statutory authority for the provision of ancillary services in an appointed case. Counsel specifically requests approval for an initial 100 hours at $90 hours without prejudice to seeking authority for additional time should the review goes beyond the 100 hours.

    Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

                                  Respectfully submitted,

                                  *Alain V. Massena*
Cc: All counsel, by ECF              Alain Massena, Esq.

---

Application granted. Defendant's request for approval for the appointment of A. James Bell as associate counsel, Dkt. No. 96, is granted. The Court approves an initial 100 hours at $90 per hour. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 96.

SO ORDERED.

Dated: June 3, 2021
New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge