UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :
UNITED STATES OF AMERICA,    :
                                                         :
                                                         :
                        -v-                           :
                                                         :
                                                         :
MANSUR MOHAMED SURUR,      :
                                                         :
                                        Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2022

1:19-cr-338-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

     A proceeding is scheduled in this matter on June 1, 2022 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: May 13, 2022
New York, New York

                                                                  GREGORY H. WOODS
                                                           United States District Judge