305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

• Admitted in Federal and
  New York State Courts

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022

# MEMORANDUM ENDORSED

August 29, 2022

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Mansur Mohamed Surur*, 1:19-CR-00338 (GHW) (3)

Dear Judge Woods:

    I represent Mansur Mohamed Surur in the above-referenced matter. On behalf of Mr. Surur, I am requesting an adjournment of the sentencing hearing scheduled for September 14, 2022. The reason for this request is to provide the defense with additional time to collect letters of support on behalf of Mr. Surur and to review additional sentencing materials with him. This is Mr. Surur's first request for an adjournment of his sentencing date. The Government consent to this request.

Respectfully Submitted,

/S/ *Alain V. Massena*

Alain V. Massena, Esq.
Massena Law P.C.
305 Broadway, Suite 1001
New York, New York 10007
(T) 212.766.1700 . (F) 212.766.1701
avm@massenalaw.com

---

Application granted. The sentencing hearing scheduled for September 14, 2022 is adjourned to October 17, 2022 at 10:00 a.m. Any supplemental sentencing submissions from the defendant are due no later than October 3, 2022; the Government's sentencing submissions are due no later than October 10, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 169.

SO ORDERED.

Dated: August 29, 2022
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge