# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

August 30, 2022

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2022

<u>By ECF</u>
Hon. Gregory Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Mansur Mohamed Surur*, 19-Cr-338 (GHW) (3)

Dear Judge Woods,

    This letter is written in regards to the Court's endorsement granting our application to adjourn Mr. Surur's sentencing to October 17th at 10 am. Specifically, we are seeking clarification of the Court's scheduling Order that advised that "[A]ny supplemental sentencing submissions from the defendant are due no later than October 3, 2022." Counsels however have not yet filed the defendant's sentencing submission

    Counsels did not want to misinterpret the Order and was encouraged by the Court's staff to write this letter. Based on the new sentencing date, we are requesting that the defense submission be due no later October 3rd and the Government submission due no later than October 10th.

    Thank you for your assistance in this matter.

Respectfully submitted,

*A. James Bell*
A. James Bell, Esq.

To the extent that clarification is necessary, the deadline for the filing of all of the defendant's sentencing submissions to October 3, 2022; the Government's sentencing submissions are due no later than October 10, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 171.

SO ORDERED.
Dated: September 3, 2022

_____
GREGORY H. WOODS
United States District Judge