```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                   -v-                                        :
                                                              :
                                                              :
    MANSUR MOHAMED SURUR,                                     :
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

1:19-cr-338-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled in this matter for October 17, 2022 at 10:00 a.m. will instead take place at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 17, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge